IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISMATILLO GIYOSOV, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 2:26-cv-00298 |
| | : | |
| J.L. JAMISON, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## STIPULATION AND ORDER

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on January 16, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the Court decide the petition for a writ of habeas corpus on the papers at the Court's earliest convenience.

Dated:  January 21, 2026

So stipulated and respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Mana Aliabadi*
MANA ALIABADI, ESQUIRE
Palladino, Isbell & Casazza, LLC
1528 Walnut Street, Suite 1701
Philadelphia, PA 19102
Phone: (215) 576-9000
Fax: (215) 689-3531
Email: mana@piclaw.com

*Counsel for Petitioner*

*/s/ Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8350
Email:  Andrew.Fuchs@usdoj.gov

*Counsel for Respondents*

AND NOW, upon consideration of the parties' stipulation, it is hereby ORDERED that the petition for a writ of habeas corpus will be decided on the papers and without oral argument.

BY THE COURT

Dated: 1/21/2026

s/CYNTHIA M. RUFE, J.
CYNTHIA M. RUFE
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that this stipulation and proposed order, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: January 21, 2026                /s/ *Andrew F. Fuchs*
                                       ANDREW R. FUCHS
                                       Assistant United States Attorney