IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ISMATILLO GIYOSOV,**<br>       **Petitioner,**<br>v.<br>**JAMAL J. JAMISON,** *et al.*,<br>       **Respondents.** | CIVIL ACTION NO.  26-0298 |

# ORDER

**AND NOW,** this 27th day of January 2026, upon consideration of Ismatillo Giyosov's Petition for Writ of Habeas Corpus [Doc. No. 1], and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Giyosov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Government shall **RELEASE** Giyosov from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 4:00 p.m. ET on January 28, 2026.

3. The government is temporarily enjoined from re-detaining Giyosov for seven days following his release from custody.

4. If the government chooses to pursue renewed detention of Giyosov after that seven-day period, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Giyosov poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise

facilitate the removal of Giyosov from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Giyosov is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Giyosov if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Giyosov.

        **BY THE COURT:**

        /s/ Cynthia M. Rufe
        _____
        **CYNTHIA M. RUFE, J.**