**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ISMATILLO GIYOSOV,**<br><br>          **Petitioner,**<br><br>          **v.**<br><br>**J.L. JAMISON,** *et al.,*<br><br>          **Respondents.** | **CIVIL ACTION NO.  26-0298** |

## ORDER

**AND NOW**, this 11th day of June 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 8, 9], and because the government has filed a Certification of Compliance [Doc. No. 10], it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

                                        **BY THE COURT:**

                                        /s/ Cynthia M. Rufe
                                        _____
                                        **CYNTHIA M. RUFE, J.**